JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TOBIAS, | No. CV 19-5558-JFW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: August 8, 2019

JOHN F. WALTER
United States District Judge